CLOTILDE R. KELLER et al., as Executors of and Trustees under the Will of ADOLPH KELLER, Deceased, Respondents and Appellants, *v.* HUGO P. KELLER, Individually and as Surviving Partner of the Firm of L. H. KELLER & Co., and as Executor of and Trustee under the Will of ADOLPH KELLER, Deceased, Appellant and Respondent.

*Keller* v. *Keller*, 154 App. Div. 919, modified.
(Argued June 19, 1913; decided October 21, 1913.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1913, modifying and affirming as modified a judgment of Special Term in an action for a partnership accounting.

*Alfred B. Cruikshank* and *W. G. Phlippeau* for plaintiffs, respondents and appellants.

*William H. Hamilton* for defendant, appellant and respondent.

Judgment of Appellate Division modified so as to award a new trial, costs to abide event, on the authority of *Bonnette* v. *Molloy* (209 N. Y. 167).

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.